UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES L. WOOLWINE,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

        Defendant.

Case No.  C05-5433RBL

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the report and recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1) The Magistrate Judge's report and recommendation is approved and adopted;

    (2) Petitioner's application to proceed in forma pauperis is DENIED.

    (3) The Clerk is directed to send directed to send copies of this Order to petitioner.

DATED this 24th day of October, 2005.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1